**Order entered July 31, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01290-CV

**IN THE INTEREST OF: J.C.T AND L.D.T, CHILDREN**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-82-17818**

## ORDER

On November 20, 2012, the Court issued an opinion dismissing this appeal for want of jurisdiction because there was no final judgment. Thereafter, appellant filed a motion for rehearing, demonstrating the Court's jurisdiction over the appeal and asking the Court to reinstate the appeal. We granted appellant's motion for rehearing, withdrew the November 20, 2012 opinion, and vacated the Court's judgment of the same date. Accordingly, we order this appeal reinstated, and we direct the Clerk of this Court to **REINSTATE** this appeal as of July 31, 2014.

/s/     ADA BROWN
JUSTICE